# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LORI THURMAN,

    Plaintiff,

v.                                                        Case No:   5:15-cv-35-Oc-32PRL

DEBT RECOVERY SOLUTIONS, LLC,

    Defendant.

## **O R D E R**

Upon review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 7), filed on March 25, 2015, this case is dismissed with prejudice. Plaintiff to send Defendant a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of March, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

Counsel of Record